UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, Plaintiff, | ) | District Court Docket Number 02-CR-13(2)JMR/ESS |
| v. | ) | Hon. James M. Rosenbaum, District Court Judge, presding |
| Timothy Kevin McGruder, Defendant, | ) | |

**MOTION FOR ASSISTANCE TO OBTAIN ALL NEEDED MATERIALS TO FILE A PROPER 2255 MOTION**

**Comes now petitioner, McGruder,Timothy K.** Pro se, respectfully issu- a Notice of Filing to the Clerk of Court of the United States Disrt- ict of Minnesota to ask fo all information and materials needed to a proper 2255 Motion on his behalf.

Date: 3-21-05

Respectfully Submitted

Timothy K. McGruder

Timothy K. McGruder
#10273-041
U.S.P.BIG SANDY
P.O.BOX 2068
INEZ,KY 41224

SCANNED
MAR 24 2005
U.S. DISTRICT COURT MPLS

**Comes now,** Timothy K.McGruder,Pro se petitioner respectfully moving this Honorable Court to ask the court for all information and materials needed to properly file or submit an adequate 2255 Motion on his behalf. In support hereof petitioner states;

(1) That on March 2,2004 petitioners Direct Appeal from the Eighth Circuit Court of Appeals was Affirmed.

(2) That due to Affirmation petitioners Appointed Counsel withdrew from petitioners case leaving petitioner to File all other legal actions pro se.

(3) That due to Affirmation of Direct Appeal petitioner only has one year to File a proper 2255 Motion on his behalf Pro se.

(4) Petitioners prior counsel turned over petitioners Trial Transcripts and other court documents with exceptionof some which arrived at the institution on or about Novemeber 4,2004.

(5) Petitioner is currently and has been housed in the institutions Special Housing Unit since January 2,2004 due to an incident that took he was subsequently involved in.

(6) Petitioner has recently been Transfered from U.S.P.Terre Haute of Indiana to USP Big Sandy of Kentucky due the incident petitioner was involved in on Jan.2,2004 and is still being housed in the Special Housing Unit Until further notice.

(7) Congress set the one year limitation period and petitioners need for assistance from the courts toobtain such material is severely needed.

(8) For these rreasons petitioner needs all information and materials that you can provide so petitioner can **ATTEMPT** to file a proper 2255 Motion on his behalf to your Honorable Court.

**Wherefore,** Petitioner asks of this Honorable Court to Grant his Motion for assistances to obtaining the materials needed to File a proper 2255 Motion.

Date: 3-21-05

Respectfully Submitted

Timothy K. McGruder

Timothy K.McGruder
#10273-041
USP BIG SANDY
P.O.BOX 2068
INEZ,KENTUCKY 41224