CR 02-13(2) JMR

## CERTIFICATE OF SERVICE

I,Timothy K.McGruder, Pro se Petitioner respectfully asks that the Clerk of Court for the United States District Court of Minnesota to serve all offices needed for petitioner is not able to do so.

Date: 3-21-05
Timothy K. McGruder
#10273-041
U.S.P. Big SANDY
P.O. BOX 2068
INEZ, KY. 41224

SCANNED
MAR 24 2005
U.S. DISTRICT COURT MPLS