**PROOF OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been this forwarded by U.S. First Class Mail, postaged prepaid; to:

Jeffrey S. Paulsen
Assistant US Attorney
Attorney I.D. No. 144332
District of Minnesota
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

On this day 19 of this month May, 2005

Sign *Timothy K. McGruder*
Timothy K. McGruder
#10273-041

SCANNED
MAY 31 2005
U.S. DISTRICT COURT ST. PAUL