CASE NO. 02-124

# AMENDMENT OF RESPONSE

U.S. DISTRICT COURT ST. PAUL
MAY 31 2005
SCANNED

To whom it MAY concern,

I'm writing this letter to inform your office that my Appointed Counsel Mr. Keith M. Ellison has simply written me a letter saying, "he is no longer my Attorney and there's nothing further he can do for me." It's not a response to my complaint at all.

I guess there isn't anything further he can do considering that he hasn't filed either Petition I've requested of him to file and my time has expired. When as you can see that I've let him know that I wanted him to file the timely Petitions on my behalf.

He waits until time to file Petition for Writ of Certiorari is expired to inform me that he won't be handling my case any longer. That means not only has he made me default in filing for my Rehearing & Rehearing En banc now it's a chance that I will be default on filing the Petition for Certiorari due to his negligence.

I have been sentenced to Life in prison for an Capitol offense and after almost 3 months, default in filing Petition for Rehearing & Rehearing En banc and time upon expiration to file Certiorari. He writes a plain letter saying, "there's

Nothing else he can do on my behalf". Its obvious he hasn't took the time to at lease be effective enough to file the petitions that are required.

If Counsel Mr. Keith M. Ellison was not going to fulfill his duties of appointed counsel. He should've advised me of his intended action instead've leading me to believe he was going to file all expected Motions & Petitions on my behalf. When I filed a motions for a change of appointed counsel on 6-5-03 he could've easily back out then, but he wanted to remain.

As you will see here in these letters that my Appointed Counsel Keith M. Ellison of Ellison Law Office has sent me are not only delayed in informing me of my Judgement of Appeal, but don't even inform me of my options that can be made on my behalf.

I recieved one letter a month after the courts decision to affirm my conviction which was 4-5-04 and the decision was made on 3-2-04. Therefore, I had no chance to file for Rehearing or Rehearing En banc. When in fact I notified him and requested for him to file the proper Petition on my behalf a week within Judgement. Knowing he only had 14 days to file the Petition for Rehearing and Rehearing En banc. He chose not

to do so even upon my request. And he also never informed me that my request for him to file Petition for Writ of certiorari was not going to be fulfilled.

Under plan adopted pursuant to C.J.A., Defendents counsel is required to file petition for Certiorari with United States Supreme Court when requested to do so in writing by defendent, despite counsel opinion that there was no chance US v James CA.5 (Miss) 1993, 990 F.2d 804. This is also required to be done on Rehearing and Rehearing En banc. This I found out through research.

I'm submitting this information to show that my complaint on Attorney Keith M. Ellison is legitimate on filing. I pray that this is handled fairly in the intrest of Justice.

Thank You!

Respectfully Submitted by
Timothy McGruder
#10273-041
Timothy McGruder
Signed before me May 29, 2004.
Mary Ellen Collins, Notary
State of Indiana, County of Vigo
Com. exp. 03-22-2008

P.S. I'm giving your office permission to recieve or obtain information from my family concerning my claim. Especially my sister (Cassandra Calamese) who has been trying to help me contact my appointed counsel on numerous accassions.

Also this is the letter I received after
My complaint. As you can see it's not a respond
to my complaint at all.

# ELLISON LAW OFFICES, LTD.

2100 PLYMOUTH AVENUE NORTH
MINNEAPOLIS, MN 55411
(612) 588-9122
KEITH@KEITHELLISON.ORG

Legal Assistant: Trayshana Thomas

May 18, 2004

Mr. Timothy McGruder
#10273-041
P.O. Box 33
Terre Haute, IN 47808

RE: U.S. v. McGruder

Dear Mr. McGruder:

As you know, our efforts on appeal were not successful. Unfortunately, there's nothing more I can do, and my involvement in your case has come to an end. I saw no appeal issues in the Eighth Circuit's opinion, and therefore, there is nothing more I can do for you. I am sorry things turned out this way, and I wish you the best.

Feel free to have your family grab your file. Otherwise, I simply keep it in my office.

Sincerely,

**ELLISON LAW OFFICES, LTD.**

Keith Ellison
Attorney at Law

OFFICE OF
LAWYERS PROFESSIONAL RESPONSIBILITY

1500 LANDMARK TOWERS
345 ST. PETER STREET
ST. PAUL, MINNESOTA 55102-1218

TELEPHONE (651) 296-3952
TOLL-FREE 1-800-657-3601

FAX (651) 297-5801

DIRECTOR
KENNETH L. JORGENSEN
FIRST ASSISTANT DIRECTOR
MARTIN A. COLE
ASSISTANT DIRECTORS
BETTY M. SHAW
PATRICK R. BURNS
TIMOTHY M. BURKE
CRAIG D. KLAUSING
CASSIE HANSON
THOMAS F. ASCHER

May 26, 2004

Timothy McGruder, #10273-041
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Re: Complaint against Keith M. Ellison
Our Case No. 20124

Dear Mr. McGruder:

Thank you for your May 19, 2004, letter. You indicate that you did not receive a copy of Mr. Ellison's response to your complaint. Accordingly, I enclose for you a copy of the response submitted to this Office. If after reviewing Mr. Ellison's written response you have any additional comments you care to make, please do so in writing at your earliest convenience.

Also pursuant to your request, I enclose the original copy of your March 6, 2004, letter to Mr. Ellison, as well as an additional copy made at our Office. I have retained a copy of this letter as part of our file.

Thank you very much for your continued cooperation.

Very truly yours,

Office of Lawyers Professional
Responsibility

By [signature]
Martin A. Cole
First Assistant Director

tt
Enclosures

---

In the Matter of the Complaint of
TIMOTHY MCGRUDER, #10273-041
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808
against KEITH M. ELLISON
2100 Plymouth Avenue North, Suite 112
Minneapolis, MN 55411,
a Minnesota Attorney,
Registration No. 210407.

---

**NOTICE OF INVESTIGATION PURSUANT TO RULE 8(a), RULES ON LAWYERS PROFESSIONAL RESPONSIBILITY (RLPR)**

TO: TIMOTHY MCGRUDER:

Your complaint has been received. It will be investigated, as provided by Rule 8(a), RLPR. You will be contacted if further information is required. You will receive written notice of the final decision.

In accordance with Rule 6(b), RLPR, your complaint will be investigated by an attorney in this Office. If you have any questions or further information, please contact the Assistant Director named below.

This Office can only investigate complaints of unethical conduct and take appropriate action. We cannot represent you in any legal matter or give you legal advice. You must retain your own attorney if you need legal advice or representation.

**TO: THE ABOVE-NAMED RESPONDENT ATTORNEY OR RESPONDENT'S COUNSEL:**

Enclosed is a copy of the complaint identified above, which is being investigated without referral to a district ethics committee.

Pursuant to Rule 25, RLPR, and Rule 8.1(a)(3), Minnesota Rules of Professional Conduct, please respond completely to the complaint in a writing mailed to the undersigned within 14 days of this notice.

**Please send a copy of your response(s) to complainant, if complainant is or was your client. *See* Rule 20(a)(5), RLPR. Please note that the filing of an ethics complaint does not in itself terminate an attorney-client relationship.**

Thank you in advance for your cooperation.

Dated: May 5, 2004.

KENNETH L. JORGENSEN
DIRECTOR OF THE OFFICE OF LAWYERS
PROFESSIONAL RESPONSIBILITY
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102-1218
(651) 296-3952

By [signature]
Martin A. Cole
First Assistant Director