Martin Cole
Lawyers Professional Responsibility
1500 Landmark Towers
345 St. Peter Street
St. Paul, Mn. 55102-1218

Dear Mr. Cole:

I have recieved the response letter you've provided me with that was sent to your office from my Appointed Counsel Keith M. Ellison concerning my complaint about his negligence in my appeal proceedings. I've read it entirely and thoroughly and this is what I have to include to my complaint.

SCANNED
MAY 31 2005
U.S. DISTRICT COURT ST. PAUL

While being represented throughout my trial by Mr. Ellison hes right. I never complained because I didnt know what to complain about. This is whats happened to a lot of us who have been through trial proceedings, but when I was able to research information for myself. My eyes were open to quite a bit of information that I was providing Mr. Ellison with that he did not use that would've made a difference in my Appeal decision, but not once was I anxious, needy or abusive toward Mr. Ellison. I was disappointed to see that he did not use what I provided him

with, and that when I asked to review the Briefs that were being submitted on my behalf before filing them. and when He denied me that opportunity I became frustated because I know I have the right to make suggestions about my life and what was being filed on my behalf on Direct Appeal is just that. But never did I become abusive. I just did what I felt was needed to be done on my behalf and that was to file for a change of appointed counsel which I did on 5/21/03 but the Courts denied my request with no reason.

~~For Mr. Ellison to say that~~

Yes I wrote Mr. Ellison seldom. I wrote when he wouldn't accept my phone calls or never returned my messages that I or my family may have left him concerning my Appeal process and why were things left out that were important. I'm not upset with Mr. Ellison because of the decision that the Courts made eventhough he did'nt use the information I provided. My concern is that he took it upon his-self not to follow through with my appeal proceeding and file my Petition for Rehearing and Rehearing En banc when I request for him to do so.

He stated that, "He was open to my request for further action", and then says", I never ask him or directed him to take further action." When you can see clearly that I made it clear that I wanted

him to proceed All the way to Writ of Certiorari to Supreme court in my letters and from his own statement. Instead he allowed my time to file the petitions to be [illegible] expired and not inform me of his decision. The same way he sent your office a respond to my complaint without submitting me a copy is the same way his been negligent with all my appeal process. [illegible] It doesn't matter if he feels that further actions would be fruitless. I didn't feel the same way and upon my request he as Appointed Counsel was suppose to by Law to file the appropriate petitions on my behalf and he chose not to nor did he give me the opportunity to do it on my own by not informing me that he didn't plan on filing it on my behalf.

Now [illegible] you can see that I'm not venting at All. I'm filing this complaint because my Appoint Counsel Mr. Keith M. Ellison was truely Negligent in my appeal proceeding by not filing the proper petitions on my behalf.

I pray that in the intrest of Justice that this complaint can be handle fairly.

Thank You very much for your help.

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TIMOTHY K. MC GRUDER,<br><br>Petitioner. | Case No.: 03-1067 |

MOTION FOR LEAVE FOR AN EXTENSION
OF TIME TO FILE BRIEF OF APPEAL

**Come now,** Timothy K. Mc Gruder **Pro se,** petitioner respectfully moving this Honorable Court for Leave For An Extension of Time To File Brief of Appeal on behalf ofthe Petitioner. In support hereof petitioner states:

1. That on January 16, 2003, petitioner was transferred here to U.S.P.-Terre Haute, Indiana from the Sherburne County Jail in Elk River, Minnesota.

2. That petitioner arrived here without any of his legal documents (case records).

3. That since arrival he has persistently been attempting to contact and to communicate with his Court Appointed Attorney, Mr. Keith Ellison via U.S. Mail and Telephone.

4. That Attorney Ellison's office have neither responded to him via U.S. Mail and has not been accepting any telephone-calls attempted by petitioner, nor by his family-members. **[See Attached]**

5. Additionally, petitioner have received information that Attorney Ellison's Office have been moved since his arrival here at U.S.P.-Terre Haute, so this may have contributed to the break-down in communications.

4-2-03

Timothy K. McGruder
#10273-041
P.O. Box 33
Terre Haute, IN. 47808

RE: Keith Ellison
2100 Plymouth Ave. North
Minneapolis, MN. 55405

Dear Keith,

I'm writing you to find out what's going on with the Brief to my "Direct Appeal". Last time we spoke you had told me that you were in the process of sending me a copy, but that was over 2 weeks ago.

For whatever the reason maybe me and you are having extreme complication in our communication. It's not on my end cause I try everyday to call your office which I have no luck contacting you. What's the Business? Let me know what seems to be the problem. It's to the point where I don't want to trust you cause you have fabricated to me in more than way.

Keith I need you to respond to this letter and also fulfill my request of information I've ask for more than once.

I know you haven't done so already I need yo

u to raise the issue of ①404(B) Prior Bad Acts cause my past criminal history was not part of this case. ② The Federal Government cannot prosecute a Murder without a componet link; which is Drugs, Robbery, turf war, Extortion and so on. Which we all come to find out During trial "1959 with 1961 or 1962". ③ Argue on Commerce cause in order to prosecute a Murder Federally one must have substantial affect on commerce and not minimal and that's quoted by the Supreme Court. (US v Gray 137 F3D 765); US v Garcia 68 FS 2D 802(6th Cir 1999)). US v Dickson 645 F. Supp 730-31 at head note (2) (Stating that Drugs, bribery or gambling component have to be linked to violent act); Mapp 170 F3D 328; US v Thai 29 F3D 785; US v Smith 182 F3D 456). These are some of the case laws to look into to really point out jurisdiction, and Racketeering.

Keith I'm trying to have faith in you cause I believe you can get the job done, but your proformance on our communication is scarce; plus you to don't hold your word.

Well hope to hear back from you. Don't forget the material I've asked for. Thank you for your time and patience.

PS. See about getting this case put to the "Lopez Test" which is Article .1, section 8, Clause 3, which grants Congress power to prosecute.

Sincerly Yours
Timothy [illegible]
[illegible]

3-6-03

Mr. Ellison

Well as you already know I've been here at Terre Haute Prison for over a month now and I have-'nt heard from you. I've tried to contact you on different occassion which either your not in or would not accept my calls which I find it to be completely unacceptable.

All I want is for you to give me the opportunity to review what you plan on doing with my case and be able to give some input if necassary. In order to do so I need for you to send me the following paperwork required to proceed. I need you to send my Transcripts, motions, statements, Briefing Dates, P.S.I., I-ssues you plan to raise, and what case laws you used. I would also like to include additional issues if possible.

I need you to respond back as soon as possible..And if I must pay for the copies please inform me of the cost..That way my family can make the arrangments to pay.

THANK YOU!

Also I need a docket list to see what's all been filed on my behalf.

Submitted BY

Timothy McGruder

Timothy K. Mc Gruder

Timothy K. Mc Gruder
#10273 -041
P.O. Box 33
Terre Haute, IN. 47808

Signed before me March 10, 2003
Mary Ellen Collins, Notary
State of Indiana
County of Vigo
Com. exp. 03-22-2008

3-6-2003

Dear Mr. Rosenbaum,

I am sending you this letter to inform you on my present sitution. I have tried on numerous occassion's to contact my attorney concerning my appeal, my transcript's, and briefing dates and I have failed to get any kind of response back from him, I even offered to have my family pay for copies of the transcripts and other paperwork I need to help out in the appellate process since it is my constitutional right.

I therefore humbly ask you to assist me in trying to exercise my right to help out in my appeal process, there are some issue's that I think are very vital too my appeal that I don't think my attorney will present to the appeal's court, especially the Federal jurisdiction needed to prosecute a crime such as this one.

I appeciate anything you can do concerning these matter's in this case.

Sincerly Yours,

Timothy K. McGruder

Timothy K. McGruder
# 10273-041
P.O. Box 33
Terre Haute, IN. 47808

Signed before me March 10, 2003
Mary Ellen Collins, Notary
State of Indiana
County of Vigo, Com. exp 03-22-2008

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TIMOTHY K. MC GRUDER,<br><br>Petitioner. | ) | Case No.: 03-1067 |

NOTICE OF FILING

**Come now**, Timothy K. Mc Gruder **Pro se**, petitioner respectfully issuing Notice Of Filing to the Clerk of the Court of the United States Court of Appeals For the Eighth Circuit to File a Motion For Leave For An Extension of Time To File Brief Of Appeal on behalf of the Petitioner.

Thank you!

Respectfully Submitted

Timothy McGruder

TIMOTHY K. MC GRUDER
#10273-041
P.O. Box 33
Terre Haute, IN 47808

Signed before me March 10, 2003.
Mary Ellen Collins, Notary
State of Indiana
County of Vigo
Com. exp. 03-22-2008

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>TIMOTHY K. MC GRUDER,<br>Petitioner. | Case No.: 03-1067 |

NOTICE OF FILING

**Come now**, Timothy K. Mc Gruder **Pro se**, petitioner respectfully issuing Notice Of Filing to the Clerk of the Court of the United States Court of Appeals For the Eighth Circuit to File a Motion For Leave For An Extension of Time To File Brief Of Appeal on behalf of the Petitioner.

Thank you!

Respectfully Submitted

Timothy McGruder

TIMOTHY K. MC GRUDER
#10273-041
P.O. Box 33
Terre Haute, IN 47808

Signed before me March 10, 2003.
Mary Ellen Collins, Notary
State of Indiana
County of Vigo
Com. exp. 03-22-2008

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>TIMOTHY K. MC GRUDER,<br>Petitioner. | ) | Case No.: 03-1067 |

MOTION FOR LEAVE FOR AN EXTENSION
OF TIME TO FILE BRIEF OF APPEAL

**Come now**, Timothy K. Mc Gruder **Pro se**, petitioner respectfully moving this Honorable Court for Leave For An Extension of Time To File Brief of Appeal on behalf ofthe Petitioner. In support hereof petitioner states:

1. That on January 16, 2003, petitioner was transferred here to U.S.P.-Terre Haute, Indiana from the Sherburne County Jail in Elk River, Minnesota.

2. That petitioner arrived here without any of his legal documents (case records).

3. That since arrival he has persistently been attempting to contact and to communicate with his Court Appointed Attorney, Mr. Keith Ellison via U.S. Mail and Telephone.

4. That Attorney Ellison's office have neither responded to him via U.S. Mail and has not been accepting any telephone-calls attempted by petitioner, nor by his family-members. **[See Attached]**

5. Additionally, petitioner have received information that Attorney Ellison's Office have been moved since his arrival here at U.S.P.-Terre Haute, so this may have contributed to the break-down in communications.

6. At this time, petitioner is unprepared and unable to proceed and to file Brief of Appeal.

**WHEREFORE**, petitioner asks this Honorable Court to grant his motion for leave for an Extention of Time to File Brief of Appeal on behalf of the Petitioner.

Respectfully Submitted

Timothy McGruder

TIMOTHY K. MC GRUDER
#10273-041
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Timothy K. Mc Gruder, **Pro se** petitioner respectfully request that the Clerk of The Court for the United States Court of Appeal For the Eighth Circuit to serve the Office of the United States Attorney from additional copies herein enclosed, as petitioner have absolutely no legal documents in his possession whatsoever. Thank you

County of Vigo )
State of INDIANA )
Sworn to before me on this
10th day of March, 2003

Mary Ellen Collins
NOTARY PUBLIC
Com. exp. 03-22-2008

Mr. Ellison 3-6-03

Well as you already know I've been here at Terre Haute Prison for over a month now and I have-'nt heard from you. I've tried to contact you on different occassion which either your not in or would not accept my calls which I find it to be completely unacceptable.

All I want is for you to give me the opportunity to review what you plan on doing with my case and be able to give some input if necassary..In order to do so I need for you to send me the following paperwork required to proceed. I need you to send my Transcripts, motions, statements, Briefing Dates, P.S.I., I-ssues you plan to raise, and what case laws you used. I would also like to include additional issues if possible.

I need you to respond back as soon as possible..And if I must pay for the copies please inform me of the cost..That way my family can make the arrangments to pay.

THANK YOU!

Also I need a docket list to see what's all been filed on my behalf.

Submitted BY

Timothy McGruder

Timothy K. Mc Gruder

Timothy K. Mc Gruder
#10273 -041
P.O. Box 33
Terre Haute, IN. 47808

Signed before me March 10, 2003
Mary Ellen Collins, Notary
State of Indiana
County of Vigo
Com. exp. 03-22-2008