5-8-03

Keith,

I'm writing you this letter to make sure you take the jurisdiction arguement I sent in consideration. It is a must that you argue the Lopez 3 prong test to a Tee. You will see that the government lacked Jurisdiction over the subject matter in this count I've been convicted of.

SCANNED
MAY 3 1 2005
U.S. DISTRICT COURT ST. PAUL

V.C.A.R. and Jones.

The 1959 V.C.A.R. statue makes it a crime for murder and other enumerated violent acts, federal offenses if committed "for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activities.

Under the 1959(b)(2) subsection states "enterprise" includes any parternership, corporation, association or other legal entity, and any union or group of individuals associated in fact although not legal entity, which is engaged in, or the activities of which affect interstate or foreign commerce. When congress wrote the 1959 statue the meaning of the word "is" as defined in the Black Law Dictionary #7 meant "Although normally referring to the present". Meaning that the "enterprise" or group of individuals associated in fact, which engaged in or the activities of which affect interstate or foreign commerce would have meant that the crimes alleged or activities of the so called "enterprise" would have had to have affect interstate or foreign commerce, at the time the offense took place, and not several years later.

When applying the Lopez test the "three broad categories of activities" which gives Congress the power to regulate were not satisfied in this case, (1) that involving the use of channels of interstate commerce was not satisfied because the affect if any took place several years after the crime took place, (2) that involving instrumentalities of interstate commerce, or persons or things in interstate commerce, even though the threat may come only from intrastate activities, the crime took place in a local setting, the government doesn't allege any persons or instrumentalities of interstate commerce were used to commit the crime, and finally (3) that substantially affecting interstate commerce, the affect on interstate commerce the government relies on comes from a drug count that doesn't concern (me)(Timothy McGruder) that took place long after the crime had occurred. The interstate commerce element can never be satisfied if the affect on commerce occour(s) years after the initial act or crime. See U.S. v. Gray, 137 F.3d 765 4th Cir.

If you haven't looked at the jurisdiction argument I sent you on April 2, 2003 I humbly suggest that you not just glance through it, but push it to them people of the appeals court along with your arguement.

Keith we must come from all angles with this so I begg of you to do so. I would also like to know why haven't you contact me and or sent me a copy of my legal work you're done

or recieved.

I want you to know if you [illegible] [illegible] or deal with me getting involved with my appeal. Don't take your time saying so and [illegible] [illegible] so I can do this on my own if thats what it takes, I may not know what I'm doing but I'll try till I die to do more than my best to fight for my life cause these people than got what want, and you're got your, and now its time to get mines. Therefore I would appreciate it if you send my paper work in full so I can knowingly fight for my life without throwing hiden blows which youre got me doing.

I hope we can get on the same page but if not just send the papers and let these people know your signing, The choice is yours.

Sincerely Yours

Timothy McGruder

Timothy McGruder

5-8-03

Timothy McGruder

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

TIMOTHY KEVIN McGRUDER,
Defendant,

-v-

UNITED STATES OF AMERICA,
Plaintiff.

Case No. 03-1067

**REQUEST FOR CHANGE OF COUNSEL ON APPOINTMENT**

**REQUEST FOR CHANGE OF COUNSEL OF APPOINTMENT**

**Now comes**, the defendant Timothy Kevin McGruder, Pro Se,before this honorable court and hereby request for a change of counsel on appointment.

For the following reason's:

Good Cause.

1. The defendant's Counsel has been reluctant to communicate or respond to any of the defendants request or attempts to contact him.
2. Asthis court is awhere that the defendant is indigent and unable to retain (one) alawyer for his direct appeal.
3. This is not an attempt to delay the court in its proceedings in anyway.
4. To reframe from future claims of inaffective assistance of counsel,due to prejudice from the defendants counsel not rais-claims with meritorius significance.
5. Also as stated in Title 18 section 3006a (c), the United States Magistrate Judge or court may, in the intrest of just-

ice, substitute one appointed counsel for another at any stage of the proceeding's.

6. The defendant through due diligence exercised his right to appeal by proceeding to trial and would like to assist in his appeal process.( Att. 1,2,and 3).

7. In the interest of justice, the defendant request a change of counsel on appointment.

FOR THE REASON'S STATED ABOVE THE DEFENDANT HUMBLY REQUEST THAT THIS COURT GRANT HIS REQUEST FOR CHANGE OF COUNSEL.

RESPECTFULLY SUBMITTED,

Timothy McGruder

TIMOTHY KEVIN McGRUDER
# 10273-041
P.O. BOX 33
TERRE HAUTE, IN. 47808

Signed Before Me
May. 17, 2003
Rivera, [illegible] Notary
State of Indiana, Vigo Co.
exp. Aug. 28, 2010

Keith,

9-14-03

How's things going? I've been trying to get in contact with youn for a couple of weeks now by phone,but have'nt been lucky.I was wondering if thg appeals courts have made any decisions the Brief you've submitted.

I don't know what's the problem with our communication ,but Ineed you to send me everything from Transcripts,Statements,P.S.I.,Reply Brief,and whatever else I've forgotten to mention in order to continue my fight for my freedom.You all have gotten what you've wanted from the Judge,Prosecutor,to yourself whatever that maybe.Now it's my turn to fight for whatI deserve,and thats my life back in order.

So sir if it's not too much of a problem I Would appreciate it if you could send the material I've asked for? I'm going to need these things to do what need to help myself. So please get them to me..Thank you for time,and **Please write b back as soon as you recieve this letter.**

**Sincerely,**

**Timothy McGruder**

**#10273-041**

Timothy McGruder

**P.S. Will you please contact my sister or aunt and let them know the oral arguement date when it come**

**Thwe #'s Are**

**(651) 7725432 and 2980140**

Sister — Cassandra Calamese

Aunt — Rose Foote

Signed Before Me
Sept. 14, 2003
[signature] Notary
State of Indiana, Vigo Co
exp. Aug. 28, 2010

PLEASE RETURN
its my only copy.
Thank You!

Keith, 3-6-04

I'm now writting you this letter concerning the decision to my direct Appeal.

I can see from the information and material displayed in this ruling that you didn't use the information I supplied you with. I really was hoping that you had used it, but I guess you had a different approach.

Well now that we're lost two rounds we need to shake it off and come with a different strategy. I pray to God that your willing to take the advice from me that he's provided me with. If you give it a chance I think we may get somewhere.

I need you to file a Petition for Rehearing and "Required Statements for suggestions of Rehearing En Banc." in front of all the 8th cir. Justices, Also re-argue That the District Court should have "Dimissed" the indictment on the grounds that Statue 1959 is unconstitutional as applied and not on it's face.

Thank you!

Sincerely,
Timothy K. McGruder
# 10233-041

Keith,

5-6-04

I'm writing this letter concerning my appealant proceeding.I see you have'nt filed the petition fo my Rehearing or Rehearing Enbanc upon my request for you to do so and Iknow I only have 90 days to meet the deadline to file for Certiorari on my behalf and it's been almost that already.

Keith Idon't know what's going on, but I do know that this is not effective counsel. I've tried to contact you a manyof times by phone and by via-mail which you choose not to reply. I've refered you to the (LPRB) Lawyers ~~Respons~~ Professional Responsibility Board concerning your negligence with my appeal proceeding.

I've writen aletter to the ~~Eighth Circuit~~ to Supreme Court Court of Appeals asking for permission to file my Certiorari Pro Se because you do not want to file it on my behalf. ~~Istill~~ I've found out that you did'nt file my Rehearing at all knowing that Iasked you to do it.I guess now ~~Ikwe~~ I Know what I need to do.

I will have some in my family contact you and make the arraingments to come get all information relevant to my case as far as paperwork and things of that nature.

Respectfully,
Timothy K. McGruder
#10273-041

In The
UNITED STATES COURT OF APPEALS
For the Eighth Circuit
Appeal from United States District Court for the
District of Minnesota, Fourth Division
03-1067

UNITED STATES OF AMERICA,

APPELLEE,

v.

TIMOTHY K. MCGRUDER,

APPELLANT.

NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE AND SERVE APPELLANT'S BRIEF OF THIRTY DAYS

PLEASE BE ADVISED THAT Appellant-Defendant, Timothy K. McGruder hereby moves the Eighth Circuit Court of Appeals for an extension of time of thirty days in which to serve and file her brief, pursuant to Federal Rules of Appellate Procedure 26(b) and Rule 27B(a)(2). The grounds for her motion are as follows:

1. Mr. McGruder ordered transcript of the trial, and received it most of it approximately two weeks ago. However, McGruder's counsel was only able to read it as of March 17, 2003. The transcript includes six thick volumes with a total number of pages of 1386. This does not include the pretrial transcript which Counsel for McGruder is still trying to obtain. The final arguments are also not included in the transcript in Counsel's possession.

2. The pretrial transcript which was not necessary at the time of the trial is important for the purposes of the appeal and counsel for Timothy K. McGruder is in the process of trying to obtain a copy of it.

3. Mr. McGruder's brief, while substantially complete, is not yet finished and additional time is needed in order for Mr. McGruder to file a quality brief.

4. Because of the length of the transcript, the complexity of some of the issues, and the fact that the appellate brief is not yet finished, Mr. McGruder has not had an opportunity to review and comment on his counsel's draft. This is something he very much wants to do. Mr. McGruder's sentence was mandatory life imprisonment, and therefore, it is important that he have an opportunity to provide his input on the Appellate Brief.

ELLISON LAW OFFICES, LTD

By: [signature]
Keith Ellison
2100 Plymouth Avenue North
Minneapolis, MN 55411
(612) 588-9122

Attorneys for the Appellant