UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-13(2)(JMR/FLN)
05-CV-1046(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Timothy Kevin McGruder | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Monday, July 25, 2005.

IT IS SO ORDERED.

Dated: June 13, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge