# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I served, or caused to be served, the following documents:

**MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO MCGRUDER'S PETITION UNDER 28 U.S.C. § 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

None

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Timothy K. McGruder
Reg. No. 10273-041
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

THOMAS B. HEFFELFINGER
United States Attorney

s/ Deanna Jokinen
BY: DEANNA JOKINEN
Legal Assistant