UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-13(2)(JMR)
Civil No. 05-1406(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION OF THE UNITED |
| v. | ) | STATES FOR LATE FILING |
| | ) | |
| TIMOTHY MCGRUDER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States moves to file its memorandum in opposition to McGruder's petition under 28 U.S.C. § 2255 one day late. The grounds for this motion are that the undersigned counsel's commitments to other cases prevented him from completing the government's memorandum by July 25, 2005, which was the due date. In particular, the undersigned had to file two separate legal memoranda on Friday, July 22, 2005 in the case of <u>State v. Ronald Reed and Larry Clark</u>, No. K105172 (Ramsey County District Court), a case that involves the 1970 murder of St. Paul Police Officer James Sackett.

A proposed order accompanies this motion.

Dated: 7/27/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-13(2)(JMR)
Civil No. 05-1406(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MCGRUDER,<br><br>Defendant. | ) | ORDER |

This matter is before the Court on the motion of the United States to file its memorandum in opposition to McGruder's petition under 28 U.S.C. § 2255 one day late. Based on the government's motion, and the Court finding that good cause exists therefor,

IT IS HEREBY ORDERED that the government's motion is granted.

Dated: ____________________

____________________________________
Chief Judge James M. Rosenbaum