UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-13(2)(JMR)
Civil No. 05-1406(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER |
| v. | ) | |
| TIMOTHY MCGRUDER, Defendant. | ) | |

This matter is before the Court on the motion of the United States to file its memorandum in opposition to McGruder's petition under 28 U.S.C. § 2255 one day late. Based on the government's motion, and the Court finding that good cause exists therefor,

IT IS HEREBY ORDERED that the government's motion is granted.

Dated: July 29, 2005

s/James M. Rosenbaum
Chief Judge James M. Rosenbaum