# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 11, 2007

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
OCT 15 2007
MICHAEL GANS
CLERK OF COURT

Re: Timothy K. McGruder
v. United States
No. 07-6982
(Your No. 06-2597)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 12, 2007 and placed on the docket October 11, 2007 as No. 07-6982.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst

RECEIVED
OCT 15 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT