# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

November 13, 2007

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
NOV 19 2007
MICHAEL GANS
CLERK OF COURT

Re: Timothy K. McGruder
v. United States
No. 07-6982
(Your No. 06-2597)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
NOV 19 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT