# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-3735
_____

United States of America

Plaintiff - Appellee

v.

Timothy Kevin McGruder

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:02-cr-00013-PJS-2)
_____

**JUDGMENT**

Before BENTON, ARNOLD, and SHEPHERD, Circuit Judges

This case is summarily affirmed in accordance with Eighth Circuit Rule 47A(a).

Appellant's Application for a Certificate of Appealability is denied. This case is dismissed.

February 01, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans