# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1794
_____

Timothy Kevin McGruder

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:02-cr-00013-JMR-2)
(0:05-cv-01046-JMR)

_____

**JUDGMENT**

Before LOKEN, BOWMAN and ERICKSON, Circuit Judges.

The petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

May 31, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans