# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 03, 2023

Timothy Kevin McGruder
U.S. PENITENTIARY
10273-041
P.O. Box 3000
Pine Knot, KY  42635-0000

      RE:  23-1417  United States v. Timothy McGruder

Dear Mr. McGruder:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc: Ms. Katharine T. Buzicky
    Ms. Kate M. Fogarty

District Court/Agency Case Number(s): 0:02-cr-00013-PJS-2

**Caption for Case Number: 23-1417**

United States of America

        Plaintiff - Appellee

v.

Timothy Kevin McGruder, also known as Handyman

        Defendant - Appellant

**Addresses for Case Participants:   23-1417**

Timothy Kevin McGruder
U.S. PENITENTIARY
10273-041
P.O. Box 3000
Pine Knot, KY  42635-0000

Ms. Katharine T. Buzicky
U.S. ATTORNEY'S OFFICE
District of Minnesota
404 U.S. Courthouse
316 N. Robert Street
Saint Paul, MN  55101

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000